IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:15-CR-100** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **SALEAM MOUEN** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 20th day of June, 2016, upon consideration of defendant's motion (Doc. 117) to extend voluntary surrender date from June 23, 2016, to June 30, 2016, it is hereby ORDERED that said motion is GRANTED. The defendant shall report to the facility designated by the Bureau of Prisons before 2:00 p.m. on June 30, 2016.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania